No. ——, original. WATSON, ATTORNEY GENERAL, *v.* BOWLES, ECONOMIC STABILIZATION DIRECTOR, ET AL. June 10, 1946. The motion for leave to file bill of complaint is denied. *J. Tom Watson,* Attorney General of Florida, and *Lamar Warren,* Assistant Attorney General, for complainant.

No. ——. UNITED STATES ET AL. *v.* NEW YORK ET AL. June 10, 1946. The motion to vacate injunction pending appeal is denied.

No. 19. LIGGETT & MYERS TOBACCO CO. ET AL. *v.* UNITED STATES; and

No. 20. R. J. REYNOLDS TOBACCO CO. ET AL. *v.* UNITED STATES. June 10, 1946. The motion for leave to file petition for enlargement of the scope of review is denied. MR. JUSTICE REED took no part in the consideration or decision of this application.

No. 517. D. A. SCHULTE, INC. *v.* GANGI ET AL. June 10, 1946. Order entered amending the dissenting opinion of MR. JUSTICE FRANKFURTER.

No. 127, Misc. RESCO *v.* RAGEN, WARDEN; and

No. 130, Misc. BAILEY *v.* STOUTAMIRE, SHERIFF. June 10, 1946. The motions for leave to file petitions for writs of certiorari are denied.